OTTO BRAUNWARTH, Appellant, v. HERBERT G. WELLINGTON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 835.]

BANK OF NEW YORK, as Trustee under the Will of ARTHUR M. MITCHELL, Deceased, Respondent, v. JOHN A. KENNEDY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [183 Misc. 819.]

## SECOND DEPARTMENT, APRIL, 1945.

### (April 2, 1945.)

In the Matter of ERNESTINE LEE, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Final order denying application for an order pursuant to article 78 of the Civil Practice Act, to direct respondent to revise a certain list of swimming teachers, to appoint appellant as a swimming teacher, and to grant other relief, and order denying motion by petitioner to amend the stipulation of facts, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [182 Misc. 1011.] [See *post*, p. 777.]

In the Matter of the Probate of the Will of MARGARETA SATTLER, Deceased. MINNIE BELTZ, as Executrix Named in the Will of MARGARETA SATTLER, Deceased, Appellant; GEORGE SATTLER, Respondent.— Appeals from four orders of the Surrogate's Court, Queens County. Order dated October 18, 1944, granting in part and denying in part the appellant's application for a bill of particulars and postponing the filing of the bill as to the items granted until the termination of an examination before trial of the appellant pursuant to order, insofar as appealed from, affirmed, without costs. Order denying the application for the examination of the respondent, as an adverse party, before trial, modified on the law and the facts by striking out the words " in all respects denied " and in place thereof inserting a provision granting the motion to the extent of permitting such examination as to the second item but limiting the examination to the impression made upon him as a layman by the acts and declarations of the deceased to which he may testify. As so modified, the order is affirmed, without costs. Order permitting an amendment to the objections theretofore filed affirmed, without costs. (*Matter of Carpenter*, 252 App. Div. 885.) Order granting the examination of the appellant, as an adverse party, before trial, modified on the law and the facts by limiting the period of the examination to a time beginning one year prior to the execution of the document propounded as the last will and testament of the deceased and extending to the date of the decedent's death. As so modified, the order is affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.